

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

The record on remand from the Court of Criminal Appeals in the above styled and numbered cause has been received. The above cause has been set for formal submission ON BRIEFS ONLY and without additional briefing before this court on March 17, 2015, before a panel consisting of Chief Justice Marion, Justice Barnard and Justice Chapa.

It is so **ORDERED** on the 24th day of February, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court